United States District Court
Southern District of Ohio

---

**Related Case Memorandum**
**Civil Cases**

TO:      Chief Judge Marbley, Judge Smith, Judge Sargus, Magistrate Judge Jolson

FROM:     Eric Weitz   , Deputy Clerk

DATE:     3/30/2020

**Subject Cases**

| | | | |
|---|---|---|---|
| Case Caption: | **Montgomery v. CHN Community Support Network et al** | | |
| Case Number: | **2:20-cv-1080** | District Judge: | **Smith** |
| File Date: | 2/27/2020 | Magistrate Judge: | **Jolson** |

| | | | |
|---|---|---|---|
| Case Caption: | **Montgomery v. Franklin County Corrections Z** | | |
| Case Number: | **2:20-cv-1359** | District Judge: | **Marbley** |
| File Date: | 3/13/2020 | Magistrate Judge: | **Jolson** |

| | | | |
|---|---|---|---|
| Case Caption: | **Montgomery v. Twin Valley Mental Health Services** | | |
| Case Number: | **2:20-cv-1361** | District Judge: | **Marbley** |
| File Date: | 3/13/2020 | Magistrate Judge: | **Jolson** |

| | | | |
|---|---|---|---|
| Case Caption: | **Montgomery v. Columbus Police Department** | | |
| Case Number: | **2:20-cv-1362** | District Judge: | **Sargus** |
| File Date: | 3/13/2020 | Magistrate Judge: | **Jolson** |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Montgomery v. Lynch et al** | | |
| Case Number: | **2:20-cv-842** | District Judge: | **Smith** |
| File Date: | 2/13/2020 | Magistrate Judge: | **Jolson** |

Memo Re: Related Civil Cases
Page 2
The District Judges having conferred. We respond to Case Administrator   **Eric Weitz**
as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject cases should remain with the Judges to whom they assigned.

☒   We agree that the cases **are** related and that the subject cases should be transferred to the docket of Judge Smith.

☐   We agree that although the cases **are** related, the subject cases nevertheless should remain with the Judges to whom they are assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge:


George C. Smith
_____
United States District Judge


_____
United States District Judge


s/Edmund A. Sargus, Jr.
_____
United States District Judge


Cc:  Courtroom Deputies