IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Shamar Whitney Montgomery__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Columbus Police department__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

__Not for certain__

2:20CV1362

Judge Sargus

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Shamar Whitney Montgomery__
Name - Full Name Please - PRINT

__115 Belvidere ave__ ~~Apt 24A~~ ~~Apt #24~~ ~~columbus, ohio~~
Street Address

__Columbus, ohio 43223__
City, State and Zip Code

__614-705-8207__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Columbus Police west side
   Name - Full Name Please
   ~~David~~ Sullivan ct Columbus, OH 43223
   Address: Street, City, State and Zip Code

2. Force there self on me took me from my house without

3. my consent when I was not no harm to myself ~~and~~ or

4. others and busted my head open which I suffer trama

5. and was stiched up at Mont Carmel hospital

6. Suffer verbal abuse until this day becaus of the knotts on head

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Pay me 5 million max
Pay out for civil claim along with the other
Complant it can be consecutive

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number 2:18cv 00187  Caption <u>Shamar W. Montgomery</u> vs. <u>Columbus Police</u>

_____  _____ vs. _____

_____  _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. **Make no legal argument, cite no case or statutes.**

65 thounds pain and suffer and 30 thoudsand for contiuning harrasment since 6 of March 2020

I state under penalty of perjury that the foregoing is true and correct. Executed on this 13 day of ~~Feb~~ May, 2020.

_____
Signature of Plaintiff

This my second presentation of what I had found of why I was attacked by nonprofit organizations. I learned that psychology is a systematic understanding. Which explains a great deal I have been a great understanding of intelligence One the fastest kid in my grad level and 8th grade I had one of the highest grades on the proficiency test of all time. I had an administrator in juvenile court how would not lock me up because I never was at school but passed reading writing and citizenship. Me being of great use to work force facts showing from employment from White Castle they would not let me back into Columbus public schools. Which lead to me working when I was just a kid learning how to manage money. People that have mental issues are Jealous that suffer from personality dysfunctions and me being in customer service prove I was not. But because of side effects of mental drugs I was in the streets looking for answer of why Columbus systems where after me. These understandings come from. Adolphe 1796-1874, Emil Kraelin 18556-1926 and I learn out the books. The author Alan porter, Phycology, and H. Winter Griffth, M.D a complete guild to prescription and nonprescription drugs. I'm a man that has been successful in anything I been in and have overcome the best knowledge people in Columbus, Ohio. While being in mental hospital less than a month and making it back to be punish not in the right of the Justice system. I have been beating in the head by cops in January 2004 and was sent to Mount Carmel hospital and treated for a head trauma. There is much more and I asking for more time but case be open for Justice to be severed in my name.

Shamar Whitney Montgomery February 13th 2020.

Shamar Montgomery

Reason why I deserve my money and Removal of Julie Lynch of Maniple Courts.

I have did many of appeals and today I presenting health records that are not of good charter of Columbus Justice system, health systems, corrections and small business. I had went and got my records from Mount Carmel hospital and found that on August 30 of 2009 that there where record coving of my records. I had surgery do to the fact that I was incarcerated in was supposed to be realest on the 8th of that month. I had got into a fight with a group of people that where held at the workhouse off frank RD. in Columbus, Ohio. They had solved the situation and put me in a holding celling. Where they gave me some mental drugs and help me there past my out date. They expedited me to Twin Valley. When arrived at Twin Valley they since that my arm was split open and would not take me in them condition and told to get me treated and bring me back. The Columbus systems than not know that I was of a good sound mind and some day would figure my case out made of the records that I'm presenting to day.

I went the 12 of February of 2020 to get my probation papers and found that Judge Lynch was not mission in the involvement of my probation. When she was the one to sentence me to 6 months in the same place which is the workhouse according to what I call it but also is Franklin county corrections 2 because I refuse to take medication because of my study in college where falling back. She never herd my case because she said of late arrival.

I will be providing more records but today I have to protect myself by failing these to save my protection because people seek to put me in the mental hospital to save their work understanding.